**Alan J. CILMAN, Plaintiff—Appellee,**

v.

**M.A. REEVES, Police Officer, Vienna Police Department, Defendant—Appellant,**

**and**

**The Town of Vienna, Virginia; Does 1–10, employees of the Vienna Police Department, Defendants.**

**Alan J. Cilman, Plaintiff—Appellant,**

v.

**M.A. Reeves, Police Officer, Vienna Police Department, Defendant—Appellee,**

**The Town of Vienna, Virginia; Does 1–10, employees of the Vienna Police Department, Defendants.**

Nos. 07–1433, 07–1450.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 5, 2008.

Decided: Feb. 21, 2008.

Julia Bougie Judkins, Trichilo, Bancroft, McGavin, Horvath & Judkins, Fairfax, Virginia, for Appellant/Cross–Appellee. Alan J. Cilman, Fairfax, Virginia, Appellee/Cross–Appellant Pro Se.

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

No. 07–1433 affirmed; No. 07–1450 dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In No. 07–1433, Sergeant M.A. Reeves appeals from the district court's order denying his motion for summary judgment based on qualified immunity in the 42 U.S.C. § 1983 (2000) action brought

against him by Alan J. Cilman. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cilman v. Reeves,* No. 1:06–cv–01099–GBL, 2007 WL 1815548 (E.D. Va. June 21, 2007).

In No. 07–1450, Cilman noted a cross-appeal, seeking to appeal the district court's order to the extent that it granted summary judgment in favor of the Town of Vienna on his supervisory liability claims. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Cilman seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Swint v. Chambers County Comm'n,* 514 U.S. 35, 45–51, 115 S.Ct. 1203, 131 L.Ed.2d 60 (1995); *Bailey v. Kennedy,* 349 F.3d 731, 734, 738 (4th Cir. 2003). Accordingly, we dismiss appeal No. 07–1450 for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

